UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. JOHN THE BAPTIST PARISH, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 23-5627 |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, ET AL. | SECTION: "L"(5) |

**ORDER ON MOTION**
**NOVEMBER 14, 2023**

APPEARANCES:

MOTION:

(1) Motion to Opt Out of Streamlined Settlement Program (rec. doc. 5)

_____ : Continued to

\_\_1\_\_ : No opposition.

_____ : Opposition.

**ORDERED**

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted. The motion is granted, and the parties are opted out of the Streamlined Settlement Program ("SSP") solely to the extent necessary for Defendants to pursue their nominal right to compel arbitration. If a motion to compel arbitration is denied or if the matter otherwise remains on the docket of this Court, it shall be deemed to remain in the SSP for all other purposes.

_____ : Denied.

_____ : Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE