UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. JOHN THE BAPTIST PARISH ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 23-5627 |
| | * | |
| CERTAIN UNDERWRITERS AT LLOYDS | * | |
| LONDON, ET AL. | * | SECTION "L" (5) |

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 3rd day of January, 2024.

UNITED STATES DISTRICT JUDGE