UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. JOHN THE BAPTIST PARISH AND<br>ST. JOHN THE BAPTIST PARISH COUNCIL | *<br>*<br>* | |
| VERSUS | *<br>* | CIVIL ACTION NO.: 2:23-5627 |
| | * | JUDGE: EEF |
| CERTAIN UNDERWRITERS AT LLOYD'S<br>LONDON, INDIAN HARBOR INSURANCE<br>COMPANY, QBE SPECIALTY INSURANCE<br>COMPANY, STEADFAST INSURANCE<br>COMPANY, GENERAL SECURITY<br>INDEMNITY COMPANY OF ARIZONA,<br>UNITED SPECIALTY INSURANCE<br>COMPANY, LEXINGTON INSURANCE<br>COMPANY, HDI GLOBAL SPECIALTY SE,<br>OLD REPUBLIC UNION INSURANCE<br>COMPANY, GEOVERA SPECIALTY<br>INSURANCE COMPANY, TRANSVERSE<br>SPECIALTY INSURANCE COMPANY | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE: MBN |

*****************************************************************************

## ORDER

*Considering the foregoing Joint Motion to Dismiss With Prejudice;*

**IT IS HEREBY ORDERED** that plaintiffs, St. John the Baptist Parish and St. John the Baptist Parish Council's, claims against defendants, Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, be, and hereby are, dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 30th day of April, 2024.

_____
United States District Judge